1  Michele Floyd (SBN 163031)
   Mfloyd@mintz.com
2  Robert Sturtevant Eaton (SBN 240761)
   REeaton@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   5 Palo Alto Square, 6th floor,
4  3000 El Camino Real
   Palo Alto, California 94306-2155
5  Telephone: (650) 251-7700
   Facsimile: (650) 251-7739
6
   Attorneys for Defendant,
7  Yahoo! Inc.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                       UNLIMITED CIVIL CASE

11 | DANIEL K. CHESTANG              | Case No.: 11-cv-00989- MCE KJN
                    Pro Se Litigant  |
12 |                                 | **PROOF OF SERVICE**
   | TIFFANY VIGIL,                  |
13 |                                 | Date: Prisoner Action : No Oral Argument
   |                    Plaintiff(s) | Required
14 |                                 | Time:      N/A
   |    v.                           | Courtroom 25, 8th Floor
15 |                                 |
   | YAHOO INC in official capacity, | The Honorable Kendall J. Newman
16 |                                 |
   |                    Defendant.   |
17

- 1 -

PROOF OF SERVICE                                    CASE NO.: 11-CV-00989 MCE KJN

## PROOF OF SERVICE

I am employed in the County of Santa Clara. My business address is Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., 5 Palo Alto Square - 6th Floor, 3000 El Camino Real, Palo Alto, CA 94306. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 17, 2011, I caused a copy of the following document(s):

- **DEFENDANT YAHOO INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

- **DEFENDANT YAHOO INC.'S MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRIGEMENT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

- **[PROPOSED ORDER] GRANTING DEFENDANT YAHOO! INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

**DANIEL K. CHESTANG**       Pro Se Litigant
**J-10643    2-128 UPPER**
**C.S.P SOLANO**
**VACAVILE, CA**

| | | |
|---|---|---|
| ☐ | **HAND DELIVERY:** | Such document was delivered by hand to the addressee shown above at the address shown above, unless otherwise noted above. |
| ☒ | **MAIL:** | Such correspondence was deposited, postage fully paid, with the U.S. Postal Service on the same day in the ordinary course of business. |
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |

PROOF OF SERVICE        CASE NO.: 11-CV-00989 MCE KJN

| | | |
|---|---|---|
| 1<br>2 | ☐ **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| 3<br>4 | ☐ **MESSENGER SERVICE:** | I served the documents by placing them in an envelope or package to the persons at the address listed above and providing them to a professional messenger service for service. |
| 5<br>6<br>7 | ☐ **EMAIL** | Based on a court order or an agreement of the parties to accept service by email, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury that the above is true and correct. Executed on May 17, 2011, at Palo Alto, California.

_____
Sharron Pullium

5403870v.1

- 3 -

PROOF OF SERVICE                                                     CASE NO.: 11-CV-00989 MCE KJN