IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,
TIFFANY VIGIL,
        Plaintiffs,                No. 2:11-cv-00989-MCE-KJN

    vs.

YAHOO INC., in official
capacity,
        Defendant.               <u>ORDER</u>
                              /

        Plaintiff, a prisoner proceeding without counsel or pro se, has filed a civil action[1] alleging copyright infringement by defendant Yahoo Inc. (Dkt. Nos. 2, 5), and an Application to Proceed In Forma Pauperis (the "Application") (Dkt. No. 17) pursuant to 28 U.S.C. § 1915 and a proposed court order. (Dkt. No. 6.) However, the "Certificate" portion of the Application that must be filled out by plaintiff's institution of incarceration has not been completed. (Dkt. No. 17 at 2 (the"Certificate" portion on the second page of the Application is neither completed nor

---

[1] Plaintiff has filed two slightly different documents styled as his "Copyright Infringement Civil Law Suit": one on April 13, 2011 (Dkt. No. 2), and one on May 10, 2011 (Dkt. No. 5). Plaintiff may have only one operative pleading at any given time. Because these two filings (Dkt. Nos. 2, 5) are substantively similar, however, the court will construe the latter of the two to be an amended pleading. Accordingly, the filing at Docket Number 5 is deemed to be the currently-operative complaint.

1

signed by an authorized officer at plaintiff's institution of incarceration).) Also, plaintiff has not filed a certified copy of his prison trust account statement for the full six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided another opportunity to submit a completed Application to Proceed In Forma Pauperis and a certified copy of his prison trust account statement in support of his Application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

   a. A complete Application to Proceed In Forma Pauperis By a Prisoner, *including* a completed and signed "Certification" at the bottom of the Application's second page; and

   b. a certified copy of plaintiff's prison trust account statement for the *six month period* immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: June 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL K. CHESTANG,<br>TIFFANY VIGIL,<br><br>             Plaintiffs,<br>     vs.<br>YAHOO INC., in official<br>capacity,<br>             Defendant.<br>_____/ | | No. 2: 11-cv-MCE-KJN<br><br><br>NOTICE OF SUBMISSION |

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

_____       Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

_____
Plaintiff

3