1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL K. CHESTANG,
     TIFFANY VIGIL,
11
             Plaintiffs,              No. 2:11-cv-00989-MCE-KJN PS
12
         vs.
13
     YAHOO INC., in official
14   capacity,

15          Defendant.                    ORDER

16   _____/

17          Plaintiff, a prisoner proceeding without counsel or "pro se," has filed a civil

18   action[1] alleging copyright infringement by defendant Yahoo Inc. (Dkt. Nos. 2, 5) and an

19   Application to Proceed In Forma Pauperis (the "Application") (Dkt. No. 17) pursuant to 28

20   U.S.C. § 1915.  However, the "Certificate" portion of the Application must be filled out by

21   plaintiff's institution of incarceration, and that portion was not completed.  (Dkt. No. 17 at 2

22   (the"Certificate" portion on the second page of the Application is neither completed nor signed

23   _____

24          [1] Plaintiff has filed two slightly different documents styled as his "Copyright
     Infringement Civil Law Suit": one on April 13, 2011 (Dkt. No. 2), and one on May 10, 2011
25   (Dkt. No. 5).  Plaintiff may have only one operative pleading at any given time.  Because these
     two filings (Dkt. Nos. 2, 5) are substantively similar, however, the court will construe the latter
26   of the two to be an amended pleading.  Accordingly, the filing at Docket Number 5 is deemed to
     be the currently-operative complaint.

                                        1

1  by an authorized officer at plaintiff's institution of incarceration).)  Also, plaintiff did not file a

2  certified copy of his prison trust account statement for the full six month period immediately

3  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

4          An order dated June 6, 2011, provided plaintiff with a second opportunity to

5  submit a completed Application to Proceed In Forma Pauperis and a certified copy of his prison

6  trust account statement in support of his Application.  (Dkt. No. 22.)  Plaintiff filed a document

7  he described as an "Amended" Application on June 8, 2011.  (Dkt. No. 23.)  Rather than correct

8  the specific deficiencies described in the order, however, it appears that on June 8, 2011, plaintiff

9  simply re-filed his original Application or something substantially similar to it.  (Compare Dkt.

10  No. 17 with Dkt. No. 23.)  Needless to say, the Application to Proceed In Forma Pauperis that

11  plaintiff filed on June 8, 2011, still does not include a completed "Certificate" portion (on the

12  second page of the Application), and does not include a certified copy of plaintiff's prison trust

13  account statement for the six months prior to the complaint's filing.  See 28 U.S.C. § 1915(a)(2).

14  Accordingly, the Application plaintiff filed on June 8, 2011, is still incomplete.

15          Plaintiff will be given one more opportunity to follow the court's orders and to

16  provide a complete Application.  Plaintiff's failure to comply with this order may result in the

17  dismissal of this action without prejudice.

18          In accordance with the above, IT IS HEREBY ORDERED that:

19          1.  Within thirty days from the date of this order, plaintiff shall complete the

20  attached Notice of Submission and submit the following documents to the court:

21              a.  A complete Application to Proceed In Forma Pauperis By a Prisoner,

22  *including a completed and signed "Certification" at the bottom of the Application's second*

23  *page*; and

24              b.  a certified copy of plaintiff's prison trust account statement for the *six*

25  *month period* immediately preceding the filing of the complaint.

26          2.  The Clerk of the Court is directed to send plaintiff a new Application to

1  Proceed In Forma Pauperis By a Prisoner; and

2           3.  Plaintiff's failure to comply with this order may result in the dismissal of this

3  action without prejudice.

4  DATED:  June 21, 2011

5

6

7  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL K. CHESTANG,
     TIFFANY VIGIL,
11
                    Plaintiffs,                    No. 2: 11-cv-00989-MCE-KJN
12
            vs.
13
     YAHOO INC., in official
14   capacity,                                     NOTICE OF SUBMISSION

15                  Defendant.
     _____/
16

17          Plaintiff hereby submits the following document in compliance with the court's

18   order filed _____:

19          _____          Complete Application to Proceed In Forma Pauperis

20                                     By a Prisoner/Certified Copy of Prison Trust Account

21                                     Statement

22   DATED:

23                                     _____
                                       Plaintiff
24

25

26

                                              4