Michele D. Floyd (SBN 163031)
michele.floyd@klgates.com
**K&L GATES LLP**
630 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Attorneys for Defendant YAHOO! INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL K. CHESTANG, et al.<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>YAHOO INC.,<br><br>　　　　　Defendant. | Case No. 2:11-CV-00989-MEC-KJN<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Kendall J. Newman |

PL-58259 v1

I am employed in the county of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L Gates LLP, 630 Hansen Way, Palo Alto, CA 94304.**

On **November 16, 2011**, I served the foregoing document(s):

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

together with an unsigned copy of this declaration, on all interested parties in this action as follows:

Daniel K. Chestang, J-10643                     *Pro Se Litigant*
California State Prison Solano (4000)
P.O. BOX 4000
Vacaville, CA 95696-4000

Tiffany Vigil                                   *Pro Se Litigant*
15381 Jesus Maria Road
Mukelumne Hills, CA 95245

[ X ] **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ] **BY FACSIMILE:** I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (650) 798-6701 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ] **BY ELECTRONIC MAIL:** I am personally and readily familiar with the business practice of the firm for the preparation and processing of documents in portable document format (PDF) for e-mailing. I prepared said document(s) in PDF and then caused such documents to be served by electronic mail to the above addressees.

[ ] **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be hand-delivered to the offices of the addressee(s) as indicated above. A proof of service will be executed by process server upon completion.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 16, 2011**, at Palo Alto, California.

*Cristina D. Herrera*