IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG;
TIFFANY VIGIL,

      Plaintiffs,                    No. 2:11-cv-00989-MCE-KJN

      vs.

YAHOO INC., in official capacity,

      Defendant.                <u>ORDER</u>

/

        Plaintiff Daniel K. Chestang[1], a prisoner proceeding without counsel or "pro se", has filed a civil action alleging copyright infringement by defendant Yahoo! Inc. ("Yahoo"). The undersigned previously granted plaintiff Chestang in forma pauperis status, but dismissed his pleading with leave to amend. (Order, Dkt. No. 27.)

        Currently pending before the court are: (1) plaintiff's "Second Amended Petition For Writ Of Habeas Corpus" (Dkt. No. 33), which the undersigned construes as a Second

---

[1] Although she is a named plaintiff in the caption of the operative pleading (Dkt. No. 5), plaintiff Tiffany Vigil has not signed the pleading, has not provided the Clerk of the Court with her address for service of court documents, and has not filed a request to proceed in forma pauperis. Accordingly, this order will make reference to "plaintiff," singular, and refer solely to plaintiff Daniel Chestang.

1

Amended Complaint; (2) a Motion to Dismiss (Dkt. No. 35) filed by defendant Yahoo, Inc. ("Yahoo"); (3) plaintiff's "Motion for Judgment and Relief" (Dkt. No. 43); and (4) plaintiff's "Motion to Amend Motion To Request Ruling Due To Newly Discovered Evidence" (Dkt. No. 44).

On March 30, 2012, plaintiff filed a "Request for Status" with respect to this case. (Dkt. No. 45.) The court carefully considers the pleadings and record in this action and issues rulings in due course; multiple and duplicative filings do not expedite the process. The court appreciates the parties' patience in addressing the pending motions. The pending motions will be resolved in due course.

Further, in his review of the docket, the undersigned notes that correspondence previously sent to plaintiff Tiffany Vigil was returned as undeliverable on October 28, 2011. Ms. Vigil's Notice of Change of Address was due by January 6, 2012. To date, the court's electronic docket does not suggest that such Notice of Change of Address has been received. It appears that Ms. Vigil has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and Ms. Vigil has failed to notify the court of a current address.

For the reasons stated above, IT IS HEREBY ORDERED that:

Ms. Vigil shall notify the court of her current address within fourteen (14) days of the date of this order. Should Ms. Vigil fail to do so, the undersigned will recommend that Ms. Vigil be dismissed from this action.

IT IS SO ORDERED.

DATED: April 5, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE