IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG,

    Plaintiff,

vs.

YAHOO!, INC.,

    Defendant.

No. 2:11-cv-00989-MCE AC PS

ORDER

/

    Plaintiff is proceed in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On December 6, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 55) which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 6, 2012 (ECF No. 55) are ADOPTED IN FULL;

2. Defendant's October 10, 2012 motion to dismiss (ECF No. 50) is GRANTED;

3. This action is dismissed with prejudice; and

4. The Clerk of the Court is directed to close the file.

DATED: February 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2