IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL K. CHESTANG, et al.,

    Plaintiffs,

v.

YAHOO!, INC.,

    Defendant.
_____/

No. 2:11-cv-0989 MCE-AC-PS

ORDER

The Court has received the referral notice, filed March 15, 2013, from the Court of Appeals, which remanded this case for the limited purpose of determining whether in forma pauperis status should continue on appeal, or whether the appeal is frivolous or taken in bad faith. (ECF No. 67.)  The Court has reviewed the record and finds that the appeal is frivolous and is not taken in good faith.  Revocation of Plaintiff's in forma status is therefore appropriate.

The Clerk of the Court shall serve the United States Court of Appeals for the Ninth Circuit with a copy of this order (Appeal No. 13-15418).

IT IS SO ORDERED.

Date: April 30, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1